Steve Ngo, SBN 233317
Brenda E. Arzate, SBN 324203
**LOZANO SMITH**
2001 North Main Street, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 953-1620
Facsimile: (925) 953-1625

Attorneys for Defendant
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A., a minor, by and through his Guardians ad Litem, HASHIM and NINA ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT; DOES 1 – 30, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT SAN FRANCISCO UNIFIED SCHOOL DISTRICT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1441, subds. (a) & (b), AND 1446, subd. (b)**<br><br>**[Removal based on Federal Question]** |

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  PLEASE TAKE NOTICE THAT Defendant SAN FRANCISCO UNIFIED SCHOOL
3  DISTRICT, a public entity hereby removes this action from the Superior Court for the State of
4  California, County of San Francisco, to the United States District Court for the Northern District of
5  California. This Request for removal is based upon 28 U.S.C. §§ 1331 and 1441, subdivisions (a) and
6  (b), as well as the facts described in this Notice.

7  The San Francisco Unified School District ("District") is a defendant in a civil action filed on
8  April 7, 2020 in the Superior Court of the State of California, in and for the County of San Francisco,
9  entitled *J.A., a minor, by and through his Guardians ad Litem, HASHIM and NINA ANDERSON,*
10 *Plaintiff v. SAN FRANCISCO UNIFIED SCHOOL DISTRICT, a public entity; DOES 1 through 30,*
11 *Inclusive, Defendants*, San Francisco Superior Court Case No. CGC-20-584063. A true and correct
12 copy of the documents served upon the District are attached hereto and incorporated by reference as
13 **Exhibit A**.

14 The District was served with the documents identified in Exhibit A on May 5, 2020. This Notice
15 of Removal is therefore filed with this Court within the 30 day time period proscribed by 28 U.S.C. §
16 1446, subdivision (b). Aside from "DOE" defendants, there are no other named defendants in this
17 action.

18 This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331,
19 and is one that may be removed to this Court by the District per the provisions of 28 U.S.C. § 1441,
20 subdivisions (a) and (b). An action is removable from state to federal court if the case could have been
21 originally commenced in federal court. *See* 28 U.S.C. § 1441, subds. (a) and (b). Specifically, the
22 Complaint alleges violations of Plaintiff's rights under the following federal laws:

23     a)  Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. §§ 794 et seq.) (First Cause of
24         Action);
25     b)  Americans with Disabilities Act (42 U.S.C. §§ 12101 et seq.) (Second Cause of Action); and
26     c)  Title VI of the Civil Rights Act of 1964 (Third Cause of Action).

27 ///
28 ///

LOZANO SMITH
2001 North Main Street, Suite 500 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

This Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of San Francisco.

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of San Francisco, is removed to the United States District Court for the Northern District of California.

Dated: June 4, 2020

Respectfully submitted,

**LOZANO SMITH**

_____
STEVE NGO
BRENDA ARZATE
Attorney for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT